Opinion issued December 22, 2006













 





In The

Court of Appeals

For The

First District of Texas






NO. 01-06-01064-CV






IN RE MARIA VIRGINIA LUNA RAMOS, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator, Maria Virginia Luna Ramos, has filed a petition for writ of mandamus
asking this court to direct the respondent (1) to vacate his order of November 8, 2006,
denying relator's motion to transfer the underlying suit, (2) and to direct the respondent
to transfer the underlying suit from Harris County to Bexar County.

 We deny the petition for writ of mandamus. We lift our stay of proceedings
ordered November 28, 2006. 

PER CURIAM

 Panel consists of Justices Nuchia, Jennings, and Higley.

 

1. 
 
2. -